# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-0993
Lower Tribunal No. AKTK2AE

_____

**Skylar Chester Ariza,**
Appellant,

vs.

**State of Florida**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lizzet Martinez, Judge.

Carlos J. Martinez, Public Defender, and Maria E. Lauredo, Chief Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Jason Michael Ross, Assistant Attorney General, for appellee.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See State v. DiGuilio, 491 So. 2d 1129, 1139 (Fla. 1986); see also Petion v. State, 48 So. 3d 726, 735 (Fla. 2010); S.H. v. State, 264 So. 3d 1042, 1049 (Fla. 3d DCA 2019); R.M.O. v. State, 152 So. 3d 697, 698 (Fla. 4th DCA 2014).